1  **GOLDSTEIN, GELLMAN,**
   **MELBOSTAD & HARRIS, LLP**
2  LEE S. HARRIS- CSBN 076699
   *LHarris@g3mh.com*
3  1388 Sutter Street, Suite 1000
   San Francisco, CA 94109-5494
4  Telephone: (415) 673-6600
   Facsimile:  (415) 673-5606
5

6  Attorneys for Plaintiff
   ERIC TERRERI

7

8  **RIMAC  MARTIN, P.C.**
   ANNA M. MARTIN  - CSBN 154279
   MATTHEW A. HICKEY- CSBN 239364
9  *amartin@rimacmartin.com*
   *mhickey@rimacmartin.com*
10 1051 Divisadero Street
   San Francisco, California 94115
11 Telephone: (415) 561-8440
   Facsimile:  (415) 561-8430
12

13 Attorneys for Defendants
   FTI CONSULTING, INC. DISABILITY
   PLAN, UNUM LIFE INSURANCE
14 COMPANY OF AMERICA, INC.,
   UNUM GROUP, INC.
15

16

17                    UNITED STATES DISTRICT COURT

18                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

19
                                                        **E-FILING**
20 ERIK TERRERI,                        )
                                        ) CASE NO. CV-10-3867 EMC
21                                      )
             Plaintiffs,                ) **STIPULATION TO EXTEND TIME FOR**
22                                      ) **DEFENDANTS TO RESPOND TO**
       vs.                              ) **PLAINTIFF'S COMPLAINT**  ; ORDER
23                                      )
   FTI CONSULTING, INC. DISABILITY      ) Original Due Date:    September 22, 2010
24 PLAN, UNUM LIFE INSURANCE            ) **Current Due Date:    October 4, 2010**
   COMPANY OF AMERICA, INC., UNUM       )
25 GROUP, INC. DOES 1-100, inclusive,   )
                                        )
26           Defendants.                )
   _____)
27

28

---

-1-

**STIPULATION TO EXTEND TIME FOR**
**DEFENDANTS TO RESPOND TO COMPLAINT**                          **CASE NO.  C10-3867 EMC**

1  IT IS HEREBY STIPULATED that defendants FTI CONSULTING, INC. DISABILITY
2 PLAN, UNUM LIFE INSURANCE COMPANY OF AMERICA, INC., UNUM GROUP, INC.
3 (collectively "Unum") may have an additional two weeks to answer or otherwise respond to
4 plaintiff's complaint, such that Unum's response is now due on or before October 4, 2010.

5  Good cause exists for this extension because lead counsel for Unum has been out of the
6 country, and requires this time to become familiar with the case.

7  Pursuant to local rules, this document is being electronically filed through the Court's
8 ECF System.  In this regard, counsel for defendant hereby attests that (1) the content of this
9 document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has
10 concurred with the filing of this document; and (3) a record supporting this concurrence is
11 available for inspection or production if so ordered.

12  **SO STIPULATED.**

**GOLDSTEIN, GELLMAN,
MELBOSTAD & HARRIS, LLP**

16 DATED: September 21, 2010    By:    /s/ **LEE S. HARRIS**
                                      LEE S. HARRIS
17                                    Attorneys for Plaintiff
                                      ERIC TERRERI

**RIMAC  MARTIN, P.C.**

23 DATED:  September 21, 2010   By:    /s/ **ANNA M. MARTIN**
                                      ANNA M. MARTIN
24                                    Attorneys for Defendants
                                      FTI CONSULTING, INC. DISABILITY
25 IT IS SO ORDERED:                   PLAN, UNUM LIFE INSURANCE
                                      COMPANY OF AMERICA, INC.,
26                                    UNUM GROUP, INC.

27 _____
   Edward M. Chen
28 U.S. Magistrate Judge

*[Stamp: IT IS SO ORDERED — Judge Edward M. Chen, United States District Court, Northern District of California]*

STIPULATION TO EXTEND
DEFENDANTS TO RESPOND TO COMPLAINT                      CASE NO. C10-3867 EMC