1 | **RIMAC MARTIN, P.C.**
2 | ANNA M. MARTIN  - CSBN 154279
MATTHEW A. HICKEY- CSBN 239364
3 | *amartin@rimacmartin.com*
*mhickey@rimacmartin.com*
4 | 1051 Divisadero Street
San Francisco, California 94115
5 | Telephone: (415) 561-8440
Facsimile:  (415) 561-8430
6 |
Attorneys for Defendants
7 | FTI CONSULTING, INC. DISABILITY
PLAN, UNUM LIFE INSURANCE
8 | COMPANY OF AMERICA, INC.,
UNUM GROUP, INC.
9 |
10 | **GOLDSTEIN, GELLMAN,
MELBOSTAD & HARRIS, LLP**
11 | LEE S. HARRIS- CSBN 076699
*LHarris@g3mh.com*
12 | 1388 Sutter Street, Suite 1000
San Francisco, CA 94109-5494
13 | Telephone: (415) 673-6600
Facsimile:  (415) 673-5606
14 |
Attorneys for Plaintiff
15 | ERIC TERRERI

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

# *E-FILING*

| | |
|---|---|
| ERIK TERRERI, | ) CASE NO. CV-10-3867 EMC |
| | ) |
| Plaintiffs, | ) **STIPULATION TO CONTINUE CASE** |
| | ) **MANAGEMENT CONFERENCE** AND |
| vs. | ) ORDER THEREON |
| | ) |
| FTI CONSULTING, INC. DISABILITY | ) **Current Date:      December 22, 2010** |
| PLAN, UNUM LIFE INSURANCE | ) |
| COMPANY OF AMERICA, INC., UNUM | ) |
| GROUP, INC. DOES 1-100, inclusive, | ) |
| | ) |
| Defendants. | ) |

1

2    IT IS HEREBY STIPULATED by and between the plaintiff ERIK TERRERI and

3  defendants FTI CONSULTING, INC. DISABILITY PLAN, UNUM LIFE INSURANCE

4  COMPANY OF AMERICA, INC., UNUM GROUP, INC. (collectively "Unum"), by and

5  through their counsel of record herein, to a continuance of the Case Management Conference,

6  currently scheduled for December 22, 2010, to March 9, 2011; 1:30 p.m., before Magistrate

7  Judge Edward M. Chen, or on another date convenient for the Court.

8    Good cause exists for this extension because plaintiff was awarded Social Security

9  Disability Benefits on November 7, 2010 and has requested that Unum re-evaluate his appeal.

10  Unum has agreed to re-evaluate plaintiff's appeal.  The parties are seeking to extend the Case

11  Management Conference by approximately ten weeks to allow Unum to conduct this re-

12  evaluation.  Unum must obtain plaintiff's file with the Social Security Administration and other

13  documentation necessary to conduct a re-evaluation of plaintiff's appeal.  Depending upon the

14  outcome of Unum's re-evaluation, the Case Management Conference may be unnecessary.

15    A Joint Case Management Conference Statement shall be filed by March 3, 2011, if the

16  Case Management Conference is to be held on March 9, 2011.

17    Pursuant to local rules, this document is being electronically filed through the Court's

18  ECF System.  In this regard, counsel for defendant hereby attests that (1) the content of this

19  document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has

20  concurred with the filing of this document; and (3) a record supporting this concurrence is

21  available for inspection or production if so ordered.

22    **SO STIPULATED.**

23    **GOLDSTEIN, GELLMAN,**
      **MELBOSTAD & HARRIS, LLP**

24

25

26  DATED: December 14, 2010    By:   **/s/ LEE S. HARRIS**

27                                      LEE S. HARRIS
                                        Attorneys for Plaintiff
28                                      ERIC TERRERI

---

**STIPULATION TO CONTINUE CASE MANAGEMENT**
**CONFERENCE AND ORDER THEREON**                    **CASE NO.  C10-3867 EMC**

1              **RIMAC  MARTIN, P.C.**

2

3

4
DATED:  December 14, 2010        By:      /s/ **ANNA M. MARTIN**
5                                        ANNA M. MARTIN
                                         Attorneys for Defendants
6                                        FTI CONSULTING, INC. DISABILITY
                                         PLAN, UNUM LIFE INSURANCE
7                                        COMPANY OF AMERICA, INC.,
                                         UNUM GROUP, INC.
8

9

10  IT IS SO ORDERED:

11      The Case Management Conference is hereby continued to March 9, 2011 at 1:30 p.m.

12

13

14                    The H_____ Chen
                                        dge
15                                      , Northern District

16

17

18

19

20

21

22

23

24

25

26

27

28

---
**-3-**