1  **RIMAC MARTIN, P.C.**
   ANNA M. MARTIN - CSBN 154279
2  MATTHEW A. HICKEY- CSBN 239364
   *amartin@rimacmartin.com*
3  *mhickey@rimacmartin.com*
   1051 Divisadero Street
4  San Francisco, California 94115
   Telephone: (415) 561-8440
5  Facsimile: (415) 561-8430

6  Attorneys for Defendants
   FTI CONSULTING, INC. DISABILITY
7  PLAN, UNUM LIFE INSURANCE
   COMPANY OF AMERICA, INC.,
8  UNUM GROUP, INC.

9
   **GOLDSTEIN, GELLMAN,**
10 **MELBOSTAD & HARRIS, LLP**
   LEE S. HARRIS- CSBN 076699
11 *LHarris@g3mh.com*
   1388 Sutter Street, Suite 1000
12 San Francisco, CA 94109-5494
   Telephone: (415) 673-6600
13 Facsimile: (415) 673-5606

14 Attorneys for Plaintiff
   ERIC TERRERI
15

16

17

18                UNITED STATES DISTRICT COURT

19             FOR THE NORTHERN DISTRICT OF CALIFORNIA

20
                                              *E-FILING*
21 ERIK TERRERI,                 )
                                 ) CASE NO. CV-10-3867 EMC
22                               )
          Plaintiffs,            ) **STIPULATION TO CONTINUE CASE**
23                               ) **MANAGEMENT CONFERENCE** AND
   vs.                           ) ORDER THEREON
24                               )
   FTI CONSULTING, INC. DISABILITY ) **Current Date:       March 9, 2011**
25 PLAN, UNUM LIFE INSURANCE     )
   COMPANY OF AMERICA, INC., UNUM )
26 GROUP, INC. DOES 1-100, inclusive, )
                                 )
27        Defendants.            )
                                 )
28 _____)

---

1

2   IT IS HEREBY STIPULATED by and between the plaintiff ERIK TERRERI and
3   defendants FTI CONSULTING, INC. DISABILITY PLAN, UNUM LIFE INSURANCE
4   COMPANY OF AMERICA, INC., UNUM GROUP, INC. (collectively "Unum"), by and
5   through their counsel of record herein, to a continuance of the Case Management Conference,
6   currently scheduled for March 9, 2011, to March 30, 2011; 1:30 p.m., before Magistrate Judge
7   Edward M. Chen, or on another date convenient for the Court.

8   Good cause exists for this extension because plaintiff was awarded Social Security
9   Disability Benefits on November 7, 2010 and has requested that Unum re-evaluate his appeal.
10  Unum has agreed to re-evaluate plaintiff's appeal.  The parties are seeking to extend the Case
11  Management Conference by an additional three weeks to allow Unum to conduct this re-
12  evaluation.  Unum is in the process of finalizing their re-evaluation of this matter.  Depending
13  upon the outcome of Unum's re-evaluation, the Case Management Conference may be
14  unnecessary.

15  A Joint Case Management Conference Statement shall be filed by March 24, 2011, if the
16  Case Management Conference is to be held on March 30, 2011.

17  Pursuant to local rules, this document is being electronically filed through the Court's
18  ECF System.  In this regard, counsel for defendant hereby attests that (1) the content of this
19  document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has
20  concurred with the filing of this document; and (3) a record supporting this concurrence is
21  available for inspection or production if so ordered.

22  **SO STIPULATED.**

23                          **GOLDSTEIN, GELLMAN,**
                            **MELBOSTAD & HARRIS, LLP**
24

25

26
    DATED: February 28, 2011      By:    **/s/ LEE S. HARRIS**
27                                       LEE S. HARRIS
                                         Attorneys for Plaintiff
28                                       ERIC TERRERI

---

**-2-**
**STIPULATION TO CONTINUE CASE MANAGEMENT**
**CONFERENCE AND ORDER THEREON**                        **CASE NO.  C10-3867 EMC**

**RIMAC MARTIN, P.C.**

DATED: March 2, 2011    By:    /S/ **ANNA M. MARTIN**
ANNA M. MARTIN
Attorneys for Defendants
FTI CONSULTING, INC. DISABILITY PLAN, UNUM LIFE INSURANCE COMPANY OF AMERICA, INC., UNUM GROUP, INC.

IT IS SO ORDERED:

The Case Management Conference is hereby continued to March 30, 2011 at 1:30 p.m.

The Honorable Edward T. Chen
United States Magistrate Judge
United States District Court, Northern District

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

-3-
STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE AND ORDER THEREON                    CASE NO. C10-3867 EMC

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO**

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 1051 Divisadero Street, San Francisco, California 94115.

On March 2, 2011 I served the document(s) described as **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** AND ORDER THEREON in this action addressed as follows:

Lee S. Harris, Esq.
Goldstein, Gellman, Melbostad & Harris, LLP
1388 Sutter St., Ste. 1000
San Francisco, CA 94109-5494
Telephone: (415) 673-5600
Fax: (415) 673-5606
Lharris@g3mh.com
Representing: PLAINTIFF: ERIK TERRERI

☐    (BY MAIL) True and correct copies of the aforementioned document(s) were deposited, in a sealed envelope with postage thereon fully prepaid, with the U.S. Postal Service on that same day to be mailed via first class mail at San Francisco, California. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

X    (TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)) Pursuant to the controlling Rules, the aforementioned document(s) will be served by the court via NEF and proper link(s) to the document(s). On 7/9/10, I checked the appropriate CM/ECF docket for this case or proceeding and determined that the aforementioned person(s) has/have consented to receive NEF transmission at the aforementioned electronic addresses.

☐    (BY ELECTRONIC SERVICE) On     , I transmitted the aforementioned document(s) as PDF attachments to the aforementioned electronic notification address(es). The transmission originated from my electronic notification address, which is     , and was reported as complete and without error.

Executed on March 2, 2011 at San Francisco, California.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

　　　　　　　　　　　　　　　　　　　　　 /s/ Kim N. Phan\_\_\_\_\_

　　　　　　　　　　　　　　　　　　　　Kim N. Phan