**RIMAC MARTIN, P.C.**
ANNA M. MARTIN – State Bar No. 154279
amartin@rimacmartin.com
WILLIAM REILLY – State Bar No. 177550
w_reilly@rimacmartin.com
1051 Divisadero Street
San Francisco, CA  94115
Telephone:  (415) 561-8440
Facsimile:  (415) 561-8430

Attorneys for Defendant
FTI CONSULTING, INC. DISABILITY PLAN,
UNUM LIFE INSURANCE COMPANY OF AMERICA, INC. and
UNUM GROUP, INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK TERRERI, | ) CASE NO.: CV-10-3867 EMC |
| | ) |
| Plaintiff, | ) **[PROPOSED] ORDER ALLOWING** |
| | ) **UNUM'S AUTHORIZED** |
| v. | ) **REPRESENTATIVE TO APPEAR** |
| | ) **TELEPHONICALLY AT THE** |
| FTI CONSULTING, INC. DISABILITY | ) **MARCH 6, 2012  MEDIATION** |
| PLAN, UNUM LIFE INSURANCE | ) |
| COMPANY OF AMERICA, INC., UNUM | ) **Hon. Edward M. Chen** |
| GROUP, INC., AND DOES 1-100, inclusive, | ) |
| | ) |
| | )      DENIED |
| Defendants. | ) |
| | ) |

Having considered the correspondence of counsel for defendant FTI CONSULTING,

INC. DISABILITY PLAN, UNUM LIFE INSURANCE COMPANY OF AMERICA, INC. and

UNUM GROUP, INC ("UNUM") requesting an Order permitting UNUM's authorized

representative to appear at the March 6, 2012 Settlement Conference by telephone, this Court

1

1  GRANTS UNUM's request and orders as follows:

2  **IT IS HEREBY ORDERED** that UNUM's authorized representative may appear

3  telephonically at the March 6, 2012 Settlement Conference.

4

5  **SO ORDERED.**

6  DATED: ____ 2/21/12 _____

7  _____
   HONORABLE
8  US DISTRICT

DENIED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26
                                        2
27  [PROPOSED] ORDER ALLOWING UNUM'S AUTHORIZED REPRESENTATIVE APPEAR
    TELEPHONICALLY AT THE MARCH 6, 2012 SETTLEMENT CONFERENCE
28                    CASE NO. CV-10-3867 EMC