1 | **RIMAC MARTIN, P.C.**
2 | ANNA M. MARTIN – State Bar No. 154279
  | amartin@rimacmartin.com
3 | WILLIAM REILLY – State Bar No. 177550
  | w_reilly@rimacmartin.com
4 | 1051 Divisadero Street
  | San Francisco, CA  94115
5 | Telephone:  (415) 561-8440
6 | Facsimile:  (415) 561-8430

7 | Attorneys for Defendant
  | FTI CONSULTING, INC. DISABILITY PLAN,
8 | UNUM LIFE INSURANCE COMPANY OF AMERICA, INC. and
  | UNUM GROUP, INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ERIK TERRERI, | ) CASE NO.: CV-10-3867 EMC |
|---|---|
| Plaintiff, | ) [~~PROPO~~SED] ORDER ALLOWING UNUM'S AUTHORIZED REPRESENTATIVE TO APPEAR TELEPHONICALLY AT THE MARCH 6, 2012 MEDIATION |
| v. | |
| FTI CONSULTING, INC. DISABILITY PLAN, UNUM LIFE INSURANCE COMPANY OF AMERICA, INC., UNUM GROUP, INC., AND DOES 1-100, inclusive, | **Hon. Edward M. Chen** |
| Defendants. | DENIED |

Having considered the correspondence of counsel for defendant FTI CONSULTING, INC. DISABILITY PLAN, UNUM LIFE INSURANCE COMPANY OF AMERICA, INC. and UNUM GROUP, INC ("UNUM") requesting an Order permitting UNUM's authorized representative to appear at the March 6, 2012 Settlement Conference by telephone, this Court

1

[PROPOSED] ORDER ALLOWING UNUM'S AUTHORIZED REPRESENTATIVE APPEAR
TELEPHONICALLY AT THE MARCH 6, 2012 SETTLEMENT CONFERENCE
CASE NO. CV-10-3867 EMC

1  GRANTS UNUM's request and orders as follows:

2  **IT IS HEREBY ORDERED** that UNUM's ~~authorized representative~~ may appear

3  telephonically at the March 6, 2012 Settlement Conference.

5  **SO ORDERED.**

6  DATED: ____2/21/12_____

7  _____
   HONORABLE
   US DISTRICT [DENIED — Judge Edward M. Chen]

27  [PROPOSED] ORDER ALLOWING UNUM'S AUTHORIZED REPRESENTATIVE APPEAR
    TELEPHONICALLY AT THE MARCH 6, 2012 SETTLEMENT CONFERENCE
28  CASE NO. CV-10-3867 EMC

2