**RIMAC MARTIN, P.C.**
ANNA M. MARTIN – State Bar No. 154279
amartin@rimacmartin.com
WILLIAM REILLY – State Bar No. 177550
w_reilly@rimacmartin.com
1051 Divisadero Street
San Francisco, CA  94115
Telephone:  (415) 561-8440; Facsimile:  (415) 561-8430

Attorneys for Defendant
FTI CONSULTING, INC. DISABILITY PLAN,
UNUM LIFE INSURANCE COMPANY OF AMERICA, INC. and
UNUM GROUP, INC.


**GOLDSTEIN, GELLMAN, MELBOSTAD & HARRIS, LLP**
LEE S. HARRIS – State Bar No. 076699
LHarris@g3mh.com
1388 Sutter Street, Suite 1000
San Francisco, CA  94109-5494
Telephone:  (415) 673-6600; Facsimile:  (415) 673-5606

Attorneys for Plaintiff
ERIK TERRERI

### UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK TERRERI, | ) CASE NO.: CV-10-3867 EMC |
| Plaintiff, | ) **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; ORDER** |
| v. | ) |
| FTI CONSULTING, INC. DISABILITY PLAN, UNUM LIFE INSURANCE COMPANY OF AMERICA, INC., UNUM GROUP, INC., AND DOES 1-100, inclusive, | ) |
| Defendants. | ) |

1

STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; ORDER
CASE NO. CV-10-3867 EMC

1   IT IS HEREBY STIPULATED by and between the Plaintiff ERIK TERRERI and
2  Defendants FTI CONSULTING, INC. DISABILITY PLAN, UNUM LIFE INSURANCE
3  COMPANY OF AMERICA, INC. and UNUM GROUP, INC., by and through their counsel of
4  record herein, that the captioned action may be, and hereby is, dismissed with prejudice pursuant
5  to Rule 41(a) of the Federal Rules of Civil Procedure.

6   The parties shall bear their own respective attorney fees and costs of suit.

**SO STIPULATED.**

  **GOLDSTEIN, GELLMAN,**
  **MELBOSTAD & HARRIS, LLP**

DATED:  March 26, 2012        By:       */s/ Lee S. Harris*
                                        LEE S. HARRIS
                                        Attorneys for Plaintiff
                                        ERIK TERRERI



  **RIMAC MARTIN, P.C.**

DATED:  March 26, 2012        By:       */s/ Anna M. Martin*
                                        ANNA M. MARTIN
                                        Attorneys for Defendants
                                        FTI CONSULTING, INC. DISABILITY
                                        PLAN, UNUM LIFE INSURANCE
                                        COMPANY OF AMERICA, INC. and
                                        UNUM GROUP, INC.

2
STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; ORDER
CASE NO. CV-10-3867 EMC

1  **IT IS SO ORDERED:**



_____
EDWARD M. CHEN
United States District Judge

3

STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; ORDER
CASE NO. CV-10-3867 EMC